UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SANDY GRACIANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiff,

        v.

BIG 5 SPORTING GOODS CORPORATION,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-7448-PGG

ECF CASE

**Stipulation of Dismissal**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, SANDY GRACIANO, and Defendant, BIG 5 SPORTING GOODS CORPORATION, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       November 16, 2020

GOTTLIEB & ASSOCIATES

_/s/ Jeffrey M. Gottlieb_

Jeffrey M. Gottlieb, Esq., (JG-7905)
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiffs*

STEPTOE & JOHNSON LLP

_/s/ Khristoph Becker_

Khristoph Becker
1114 Avenue Of The Americas
New York, NY 10036
Phone: (212) 378-7516
Fax: (212) 506-3950
Kbecker@steptoe.com

*Attorney for Defendant*

SO ORDERED.

_/s/ Paul G. Gardephe_

Paul G. Gardephe
United States District Judge
Dated: November 17, 2020